# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY D. WILLIAMS, II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-782 |
| | § | |
| APPLE INC.; AND | § | JURY DEMANDED |
| DOE DEFENDANTS 1-100, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

Defendant Apple Inc. filed its Notice of Motion and Motion to Dismiss Plaintiff's Complaint and Brief in Support (Document No. 4) on March 12, 2019.  Service of this filing was attempted via ECF on March 12, 2019.  A copy of this filing was also emailed to Plaintiff's counsel on today's date at 8:36 a.m. CDT.

Defendant files this Certificate of Service to comply with the Federal Rules of Civil Procedure.

    Respectfully submitted,

    */s/ T. Christopher Trent*
    T. Christopher Trent
    Texas Bar No. 20209400
    Federal ID No. 14244
    919 Milam, Suite 1500
    Houston, Texas  77002
    (713) 222-2323 – Telephone
    (713) 222-2226 – Facsimile
    ctrent@johnsontrent.com

    **ATTORNEY-IN-CHARGE FOR DEFENDANT, APPLE INC.**

OF COUNSEL:

JOHNSON, TRENT & TAYLOR, LLP
Raphael C. Taylor
State Bar No. 00788514919
Federal ID No. 17278
Milam Street, Suite 1500
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile
rtaylor@johnsontrent.com

Tiffany Cheung (*pro hac vice forthcoming*)
TCheung@mofo.com
Christopher L. Robinson (*pro hac vice forthcoming*)
ChristopherRobinson@mofo.com
Claire C. Bonelli (*pro hac vice forthcoming*)
CBonelli@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**OF COUNSEL FOR DEFENDANT,
APPLE INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of March 2019, a true and correct copy of the foregoing document was served on the following counsel pursuant to the Federal Rules of Civil Procedure.

    James C. Mattox, III                                                            *Via Email and Facsimile*
    THE MATTOX LAW FIRM, PLLC
    2800 Post Oak Blvd.
    Houston, Texas 77056
    Main Tel. No. (832) 899-5484
    Facsimile No.: (832) 843-9991
    E-mail: jamesc@themattoxlawfirm.com
    *Counsel for Plaintiff*

                                                         /s/ T. Christopher Trent
                                                         T. Christopher Trent