IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY D. WILLIAMS, II, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-782 |
| | § | JURY DEMANDED |
| | § | |
| APPLE INC.; AND | § | |
| DOE DEFENDANTS 1-100, | § | |
| *Defendants*. | § | |

## ORDER

This cause having come on for hearing on Defendant's Motion to Dismiss and the court having considered the arguments of counsel and all evidence submitted in support of and against this motion, it appears to the court that Plaintiff has alleged and presented facts that are sufficiently clear, detailed enough to be presented to the trier of fact finders.

**THE COURT FINDS THAT:**

A.   This court has temporary jurisdiction to hear the matter presented, has found that Defendant has failed to present a sound argument and reasoning based in law to have this matter properly dismissed by this court.

**WHEREFORE**, it is ordered that the Plaintiff's motion is **GRANTED** and that Defendant's Motion to Dismiss be DENIED.

**FURTHER**, it is order that Defendant motion to dismiss should be DENIED.

**SIGNED THIS** _____, 2019.

_____
JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION