United States District Court
Southern District of Texas
**ENTERED**
June 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY D. WILLIAMS, II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-782 |
| | § | JURY DEMANDED |
| | § | |
| APPLE INC.; AND | § | |
| DOE DEFENDANTS 1-100, | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR EXTENSION

The Court having reviewed the Motion for an Extension of Time and it appearing that good cause exists for the granting of such Motion.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for an Extension of Time is hereby granted. The amended complaint is due by June 28, 2019. The response is due by July 12, 2019.

_____
Judge