UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Larry D. Williams, II

v.                                                                         Case Number: 4:19–cv–00782

Apple Inc.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/13/2019

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Scheduling Conference


Date:    November 12, 2019

                                                                        David J. Bradley, Clerk