# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

DEC 06 2019

David J. Bradley, Clerk of Court

20190903-48

James C. Mattox
The Mattox Law Firm PLLC
2800 Post Oak Blvd
Suite 4100
Houston, TX 77056

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, September 3, 2019
Case Number: 4:19-cv-00782
Document Number: 37 (1 page)
Notice Number: 20190903-48
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
DEC 06 2019
David J. Bradley, Clerk of Court

NIXIE      782  DE  1           0012/05/19
    RETURN TO SENDER
    IN DISPUTE
    UNABLE TO FORWARD

BC: 77208101010          *2000-04003-28-00*

SEP 05 2019

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 SEP 03 2019
$ 000.50°