United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY D. WILLIAMS II, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-782 |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order entered in this case, **JUDGMENT IS ENTERED** for **DEFENDANT**.

Any pending motions are **DENIED** as moot.

Costs are assessed against the Plaintiff.

The Clerk will provide copies of this judgment to the parties.

SIGNED this day 30th day of March, 2020.

_____
George C. Hanks Jr.
United States District Judge